FILED ___ LODGED
___ RECEIVED

APR 25 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PRABHJOT K. KANG

Plaintiff(s),

v.

WESTERN GOVERNORS
UNIVERSITY

Defendant(s).

NOTICE OF CIVIL APPEAL

Case No 3:22-cv-5861-RJB

District Court Judge
The Honorable Robert J. Bryan

Notice is hereby given that Prabhjot K. Kang

(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Summary Judgment Dkt. 16
(Name of Order/Judgment)

entered in this action on 04/03/2023
(Date of Order)

Dated: 04/25/2023

PRABHJOT K. KANG, Pro Se
4227 S. MERIDIAN, SUITE D-277
PUYALLUP, WA 98373
253-571-8506
PRABHJOTKKANG@COMCAST.NET

Name, Address and Phone Number of Counsel for
Appellant or Appellant/*Pro Se*

*Prabhjot K. Kang, Pro se*
Signature of Counsel for Appellant or
Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1

[handwritten left margin: 001/8305 TAC 3-264]

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WESTERN DISTRICT OF WASHINGTON

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:22-cv-5861-RJB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/08/2022

Date of judgment or order you are appealing: 04/03/2023

Docket entry number of judgment or order you are appealing: Dkt. 16

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Prabhjot K. Kang, Pro Se

Is this a cross-appeal?  ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

4227 S. Meridian, Suite D-277

City: Puyallup   State: WA   Zip Code: 98373

Prisoner Inmate or A Number (if applicable):

**Signature** Prabhjot K. Kang   **Date** 04/25/2023

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Prabhjot K. Kang, Pro Se

Name(s) of counsel (if any):

Address: 4227 S. Meridian, Suite D-277 Puyallup WA 98373

Telephone number(s): 253-571-8506

Email(s): PrabhjotKKang@comcast.net

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Western Governors University

Name(s) of counsel (if any):

Beth Strosky
Keller Rohrback L.L.P.

Address: 1201 Third Avenue, Suite 3200 Seattle WA 98101

Telephone number(s): 206-428-0613

Email(s): Bstrosky@KellerRohrback.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                   *1*                            New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                   2                              *New 12/01/2018*